ACCEPTED
12-14-00279-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/20/2015 3:53:08 PM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

### ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

January 20, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/20/2015 3:53:08 PM
CATHY S. LUSK
Clerk

Cathy Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:     Chardone Price v. State
        Appeal Number:     12-14-00279-CR
        Trial Number:      114-1289-13

Dear Ms. Lusk,

In accordance with Rule 48.4, I certify that I sent a copy of this Court's Opinion and Judgment to Ms. Chardone Price at her last known address and complied with Rule 48.4. I am enclosing a copy of the return receipt from the postal service because I have not yet received it. If you have any questions, please feel free to contact me at any time.

Sincerely,

James Huggler

cc:        Michael West (w/o Enclosures)

C:\data\Corel User Files\Clients\APPEALS\Price, Chardone\Court.48-4Letter.wpd

First Place Building  •  100 East Ferguson, Suite 805  •  Tyler, Texas 75702
903-593-2400  •  www.jameshugglerlaw.com  •  Fax 903-593-3830

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7013 2630 0000 4405 2982

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHARLONE PARKER
TDCJ 01955780
CRAIN UNIT
1401 STATE SCHOOL ROAD
GATESVILLE, TX 76599-2999

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Michael Smith*          ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
*Michael Smith*                  1-5-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)    7013 2630 0000 4405 2982

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540